≫JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** III  **Investigating Agency** HHS, FBI, USPIS, DOL, DOD

**City** Reading  **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   21-2542-MBB; 21-2332 to -38-MBB; 22-2306 to -10-MBB
R 20/R 40 from District of _____

**Defendant Information:**

| | | |
|---|---|---|
| Defendant Name | David Santana | Juvenile: ☐ Yes ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | ☐ Yes ☑ No |
| Alias Name | | |
| Address | (City & State) Reading, Massachusetts | |

Birth date (Yr only): 1985  SSN (last4#): 7342  Sex M  Race: Latino  Nationality: USA

**Defense Counsel if known:** Paul Garrity  **Address** Paul J. Garrity Law Offices

**Bar Number** _____  14 Londonderry Road
Londonderry, NH 03053

**U.S. Attorney Information:**

**AUSA** Howard Locker, Alexandra Brazier, Lauren Graber, Lindsey Ross  **Bar Number if applicable** N/A; 679575; 679226; 691129

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/21/2023   Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     David Santana

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | One |
| Set 2 | 18 U.S.C. § 982(a)(7) | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____